IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Donald Eric Dollar 285077 )
Full name and prison number )
Of Plaintiff(s) )
 )
v. ) CIVIL ACTION NO. 2:15-cv-264-WKW
 ) (To be supplied by Clerk of
Captain Brinda King ) U.S. District Court)
 )
Officer Smith ) DEMAND FOR JURY TRIAL
 )
Officer Matareese )
 )
 )
 )
 )
Name of person(s) who violated )
Your constitutional rights. )
(List the names of all )
persons.) )

RECEIVED 2015 APR 23 A 11:07 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

I.   PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?   YES ( )   NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?   YES ( )    NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below. (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____N/A_____

            Defendant(s) _____N/A_____

        2.  Court )if federal court, name the district; if
            state court, name the county)_____

1

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Limestone Correctional Facility

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Draper Correctional Facility

III. NAME AND ADDRESSES OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                                                 ADDRESS

1. Brinda King - ADOC, 301 South Ripley St., P.O. BOX 301501, Montgomery, AL 36104
2. _____
3. Correctional Officer Smith - Draper Corr. Fac., 2828 Ala Hwy 143, Elmore, AL 36025
4. _____
5. Correctional Officer Matareese - Draper Corr. Fac., 2828 Ala Hwy 143, Elmore, AL 36025
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED Second week of May 2014

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Plaintiff's First amendment right to freedom of expression, and his eighth amendment right against cruel and unusual punishment were violated.

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (state as best you can the time, place and manner and person involved)**

In the second week of May 2014 at around 12:00 p.m. noon time, at Draper Corrections, the plaintiff was escorted to Captain Brinda King's office by officers Smith and Matareese to be inquired of concerning a tattoo that was on his lower back. The tattoo was worded "Brotherhood" and was surrounded in artful flames of fire. Defendant King took great offense to the tattoo and therefore instructed officers Smith and Matareese

**GROUND TWO:** to see to it that it be removed. Ms. King then reached in her pocket and removed numerous bills of U.S. currency, issued them to both officers and instructed

**SUPPORTING FACTS:** them to handcuff the plaintiff to his bed while a inmate have the tattoo covered. The plaintiff was then escorted to F-dormitory, handcuffed to his bed by officers Smith and Matareese while inmate Thomas Moody covered over the plaintiff's tattoo by using a unclean needle to do so. Immediatly after this occurred the plaintiff contacted Internal Investigators by phone and notified them of what had just taken place. Detectives Baskins

**GROUND THREE:** and Dermas recommended that the plaintiff complete a lie detectors test to assist in the investigation. The plaintiff was then transfered to

**SUPPORTING FACTS:** Kilby Corrections where he under went a lie detectors test and passed it. The plaintiff then received a medical physical exammation which resulted in him receiving notification that he contracted the incurable virus of hepatitus C, as a direct result of being forced by the defendants to have his tattoo covered by the use of an unclean needle. Defendant King was immediatly removed from her position as correctional captain and is now under criminal investigation by detective Baskins with the I & I Division of the ADOC.

VI. **STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.**

That all court expense and Attorney fee's be taxed to defendants. Award a trial by jury. Award compensatory and punitive damages as appropriate. Grant injunctive Relief. Appoint counsel to Represent plaintiff pro-bono

_Donald E. Dollar_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on April 16, 2015.
(Date)

_Donald E. Dollar_
Signature of plaintiff(s)

Donald Eric Dollar 285077
Cell E-28
Limestone Correctional Fac.
28779 Nick Davis Rd.
Harvest, AL. 35749



BIRMINGHAM AL 350
17 APR 2015 PM 5 L

This Correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

Office of Clerk
U.S. Courthouse Complex
One Church St.
P.O. Box 711
Montgomery, AL 36101-0711